```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE APPLICATION OF EMERALD PASTURE        :
DESIGNATED ACTIVITY COMPANY,                :
EMERALD MOOR DESIGNATED ACTIVITY            :
COMPANY, AND TRINITY INVESTMENTS            :        21-MC-494 (VEC)
DESIGNATED ACTIVITY COMPANY FOR AN          :
ORDER TO TAKE DISCOVERY FOR USE IN          :            ORDER
FOREIGN PROCEEDINGS PURSUANT TO 28          :
U.S.C. § 1782                               :
-------------------------------------------------------------- X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 12/3/21

VALERIE CAPRONI, United States District Judge:

WHEREAS an oral judgment was issued in the English declaratory proceeding on August 27, 2021, *see* East Decl. ¶¶ 35–38, Dkt. 22;

IT IS HEREBY ORDERED that the Petitioner must submit a letter of not more than 2 pages no later than **Wednesday, December 8, 2021**, informing the Court whether it is still seeking § 1782 discovery as to the declaratory proceeding and whether the declaratory proceeding affects its need for § 1782 discovery sought in the English civil proceeding.

**SO ORDERED.**

Date: December 3, 2021
      New York, New York

                                           _____
                                           **VALERIE CAPRONI**
                                           **United States District Judge**